UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. |
| v. ) | |
| ) | |
| VICTOR DELGADO ) | FILED UNDER SEAL |
|     A/K/A "BITIN" ) | |
| ) | 2004 m 0441 RBC |
| JOAN REYES-SANTANA ) | |
|     A/K/A "FLAKO" ) | |
| ) | |

## GOVERNMENT'S MOTION TO SEAL

The United States hereby moves to seal the complaint and complaint affidavit, and all other filings in the above captioned matter, so that no public disclosure of the filing of the complaint will impede attempts to arrest the defendant. The United States requests that the case remain sealed until further motion of the United States or further order of the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

By: PETER K. LEVITT
JOHN A. WORTMANN, JR.
Assistant U.S. Attorneys

January 19, 2004

JAN 20 2004
ALLOWED,
SO ORDERED