# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

USA

V.

Victor Delgado & Joan Reyes-Santana

**EXHIBIT AND WITNESS LIST**

Case Number: 04mj0441 RBC

| PRESIDING JUDGE<br>Collings, USMJ | PLAINTIFF'S ATTORNEY<br>Peter Levitt, AUSA | DEFENDANT'S ATTORNEY<br>Bonilla & Reyes-Santana |
|---|---|---|
| TRIAL DATE (S)<br>1/23/04 Detention Hearing & Prelim. Exam | COURT REPORTER<br>CD | COURTROOM DEPUTY<br>Affsa |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Direct | Cross | 1/23/04 | | | Timothy F. Leeman, Massachusetts State Police Officer - Gang Investigations |
| 1 | | 1/23/04 | yes | yes | Criminal Complaint & Affidavit |
| 2 | | 1/23/04 | yes | yes | List of controlled drug and firearm purchases |
| 3A | | 1/23/04 | yes | yes | CD Audio Recorder |
| 3B | | 1/23/04 | yes | yes | Translated Transcript of exhibit 3A |
| 4A | | 1/23 | yes | yes | Video tape |
| 4B | | 1/23 | yes | yes | Translation of tape |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages