# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____
MASSACHUSETTS

**UNITED STATES OF AMERICA**

v.

**VICTOR DELGADO**
**A/K/A "BITIN"**

**WARRANT FOR ARREST**
Case Number:

2004M0441 RBC - 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __**VICTOR DELGADO, A/K/A "BITIN"**__
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ☐ INFORMATION  ☒ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITON

CHARGING HIM OR HER WITH (brief description of offense)

**CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE HEROIN,**

**POSSESSION WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF HEROIN, AND**

**BEING A FELON IN POSSESSION OF A FIREARM**

in violation of Title __21__ United States Code, Section(s) __846, 841(a), and 18 USC 922(g)(1)__.

**ROBERT B. COLLINGS**
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

**Boston, MA;  January 19, 2004**
Date and Location

Bail fixed at $ _____

BY

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420

---

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT
AT _____

EXECUTED BY FBI
ARRAIGNMENT OF THE 1/20/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __VICTOR DELGADO__

ALIAS: __BITIN__

LAST KNOWN RESIDENCE: __30 MAY STREET, APARTMENT C, LAWRENCE, MA__

LAST KNOWN EMPLOYMENT: ____

PLACE OF BIRTH: ____

DATE OF BIRTH: __12/6/67__

SOCIAL SECURITY NUMBER: 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

HEIGHT: __5'8"__        WEIGHT: ____

SEX: __MALE__           RACE: __HISPANIC__

HAIR: ____              EYES: ____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: ____

FBI NUMBER: ____

COMPLETE DESCRIPTION OF AUTO: ____

INVESTIGATIVE AGENCY AND ADDRESS: __FBI One Center Plaza, Boston, MA 02203__